**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRADFORD COUNTY, FLORIDA,

    Plaintiff,

v.                                              Case No.   3:19-cv-702-J-39JBT

PURDUE PHARMA L.P., et al.,

    Defendants.

_____

**IMPORTANT INFORMATION ABOUT YOUR CASE**
**PLEASE READ AND FOLLOW**

    TAKE NOTICE, that in accordance with Local Rule 3.05, this action is designated as a <u>TRACK THREE</u> CASE.  **The filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this Notice and its attachments upon all other parties.**  Pursuant to Local Rule 3.05, the parties should conduct a case management conference (either in person or by telephone[1]) no later than 60 days after service or appearance of any defendant.  **The Case Management Report should be filed within 14 days of the case management conference.**

    In preparing the Case Management Report, the parties should be aware that the Court anticipates that in most Track Three cases, the dispositive motion deadline will be set 30 days after the close of discovery and that the final pretrial conference will be set 90 days after the dispositive motion deadline.  All parties must send courtesy copies to chambers of all filings that exceed 25 pages, inclusive of exhibits, regardless of whether the filing is done electronically or in paper. Civil cases generally will be placed on a trial calendar beginning one month after the final pretrial conference.  This schedule is subject to modification depending upon the needs of the case at the preliminary pretrial conference required in all Track Three cases.  The Court will set the preliminary pretrial conference following receipt of the Case Management Report.

Date: June 12, 2019                                        ELIZABETH M. WARREN, CLERK
                                                                      By:   s/ C. Swinton
                                                                           Deputy Clerk

___Copies to plaintiff(s) or filing party
Attachments to filing party copy:
      ___Case Management Report form
      ___AO 85 Consent to Magistrate Judge Jurisdiction form

---

[1] If all parties agree to conduct the case management conference by telephone, they may do so without filing a motion with the Court.

[Track 3 updated 7/17/2013]